■ In the Matter of KYLE CLARK, Appellant. RALPH J. VITIELLO, Respondent. (Appeal No. 2.) [690 NYS2d 469] —Appeal unanimously dismissed without costs. Same Memorandum as in *Matter of Clark* (261 AD2d 824 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Tormey, III, J.—reargument.) Present—Denman, P. J., Lawton, Hayes, Pigott, Jr., and Scudder, JJ.